1  SEYFARTH SHAW LLP
   Eric M. Lloyd (SBN 254390)
2  elloyd@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone:    (415) 397-2823
4  Facsimile:    (415) 397-8549

5  SEYFARTH SHAW LLP
   Frederick T. Smith (Admitted *pro hac vice*)
6  fsmith@seyfarth.com
   Megan H. Poonolly (Admitted *pro hac vice*)
7  mpoonolly@seyfarth.com
   1075 Peachtree Street, N.E., Suite 2500
8  Atlanta, Georgia  30309-3962
   Telephone:    (404) 885-1500
9  Facsimile:    (404) 892-7056

10 Attorneys for Defendant
   FIRST ADVANTAGE BACKGROUND SERVICES
11 CORP.

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

15 JANE ROE,                        Case No. 3:16-cv-05801-WHO

16             Plaintiff,           **JOINT STIPULATION TO EXTEND
                                    DEADLINE TO AMEND
17 v.                               PLEADINGS [L.R. 6-2]**

18 FIRST ADVANTAGE BACKGROUND
   SERVICES CORPORATION,
19 VERIFICATIONS, INC., and DOES 1-10,

20             Defendants.

21
          Pursuant to Rule 6-2 of the Civil Local Rules for the United States District Court for the
22
   Northern District of California, the parties to the above-entitled action, Plaintiff JANE ROE and
23
   Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by and through their
24
   undersigned counsel, hereby stipulate and agree as follows:
25
          WHEREAS, on January 12, 2017, the Court issued an Order setting the deadline to
26
   amend pleadings and add parties as May 3, 2017 (Dkt. No. 24);
27
          WHEREAS, the parties have propounded initial written discovery;
28

                                       1

WHEREAS, the parties have agreed to extend First Advantage's deadline to respond to Roe's interrogatories due to unforeseen extenuating circumstances;

WHEREAS, due to the extension of time to respond to Roe's interrogatories, the parties have agreed to request a continuance of the deadline to amend pleadings and add parties;

WHEREAS, the parties have not previously requested any continuances of Court-ordered deadlines;

WHEREAS, the requested extension will not affect the remaining schedule in the case.

**NOW, THEREFORE,** the parties hereto stipulate and request that the Court enter an order extending the current deadline to amend pleadings and add parties through and including June 3, 2017.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**


Date: March 27, 2017                                    SEYFARTH SHAW LLP



                                                        By: /s Megan H. Poonolly
                                                            Eric M. Lloyd
                                                            Frederick T. Smith, *pro hac vice*
                                                            Megan H. Poonolly, *pro hac vice*
                                                            Attorneys for Defendant
                                                            FIRST ADVANTAGE
                                                            BACKGROUND SERVICES CORP.

Date: March 27, 2017                                    LAW OFFICE OF CRAIG DAVIS



                                                        By: /s Craig Davis
                                                            Craig Davis, Esq.
                                                            LAW OFFICE OF CRAIG DAVIS
                                                            1714 Stockton Street, Third Floor
                                                            Suite 305
                                                            San Francisco, California 94133-2930
                                                            cdavis@craigdavislaw.com

2

**[PROPOSED] ORDER**

Good cause appearing, as set forth in the above stipulation, the parties' deadline to amend their respective pleadings and to add parties is hereby continued to June 2, 2017.

**IT IS SO ORDERED.**

DATED: __April 24_____, 2017

_____
HON. WILLIAM H. ORRICK
United States District Judge

1